69 A.3d 236

The **PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION and Indiana University of Pennsylvania, Appellants**

v.

**INDIANA AREA SCHOOL DISTRICT; County of Indiana; and Indiana County Board of Assessment Appeals, Appellees.**

Supreme Court of Pennsylvania.

June 18, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of June, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**